UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| PHU CAO, | ) |
| | ) |
|     Petitioner, | ) |
| | ) |
| v. | ) Case No. CIV-25-1403-G |
| | ) |
| | ) |
| PAMELA BONDI, Attorney General, et al., | ) |
| | ) |
| | ) |
|     Respondents. | ) |

## JUDGMENT

Pursuant to the Order issued this same date, the Petition for Writ of Habeas Corpus (Doc. No. 1) is GRANTED pursuant to 28 U.S.C. § 2241.

Respondents SHALL either:

1. Within three (3) days of the date of this Order, provide Petitioner Phu Cao with notification of the reason for his revocation pursuant to 8 C.F.R. § 241.13(i)(1) or (2), and thereafter the prompt scheduling of an informal interview as an opportunity for Petitioner to respond to the reasons for his revocation pursuant to § 241.13(i)(3); or

2. Immediately release Petitioner Phu Cao into the United States, subject to the terms of his previous Order of Supervision.

Petitioner's remaining claims for relief are dismissed without prejudice.

IT IS SO ORDERED this 6th day of March, 2026.

_____
CHARLES B. GOODWIN
United States District Judge